FILED: March 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1445
(1:19-cv-01578-LKG)
_____

BIANCA A. HUGHLEY

    Plaintiff - Appellant

v.

BALTIMORE COUNTY GOVERNMENT

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered January 19, 2023, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

    /s/Patricia S. Connor, Clerk